IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA SMITH, ADMINSTRATRIX OF THE ESTATE OF MARTHA E. SMITH; PATRICIA SMITH; MARY J. SCOTT,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALBERT EINSTEIN MEDICAL CENTER; ET AL.,<br>　　　　　　　Defendants. | :<br>:　CIVIL ACTION<br>:<br>:　NO. 08-05689<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

# Order

**AND NOW** on this 11th day of June 2009, upon consideration of defendants' motions to dismiss (Doc. Nos. 7, 9, 13, 14, 16, 17, 20, 23, 34, 37) and plaintiffs' responses thereto, **IT IS HEREBY ORDERED** that:

1. Defendants' motions to dismiss plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) are **GRANTED** as to plaintiffs' claims of violations of civil rights;

2. Defendants' motions to dismiss plaintiffs' complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** as to plaintiffs' claim under the Emergency Medical Transfer and Active Labor Act ("EMTALA"), 42 U.S.C. § 1395dd (2006);

3. Pursuant to 28 U.S.C. § 1367(c)(3), the court will decline to exercise supplemental jurisdiction over plaintiffs' state law claims;

4. Plaintiffs' complaint is **DISMISSED** without prejudice to plaintiffs' right to file

an amended complaint within 30 days of the date of this order or to file a complaint in an appropriate state court of general jurisdiction; and

5. Defendants' remaining motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(5) and 12(b)(6) and defendants' motions for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e) are **DISMISSED** as moot.

**IT IS HEREBY FURTHER ORDERED** that defendants' other remaining pending motions to dismiss (Doc. Nos. 38, 39, 53, 57, 58, 61) and defendants' praecipes to enter judgment (Doc. Nos. 54, 55) are **DISMISSED** as moot without prejudice to the right of defendants to reinstate them on the same papers, by letter request, should plaintiffs file an amended complaint.

_____
William H. Yohn Jr., Judge