# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA SMITH, ADMINSTRATRIX OF THE ESTATE OF MARTHA E. SMITH; PATRICIA SMITH; MARY J. SCOTT,<br>　　　　　Plaintiffs,<br><br>　v.<br><br>ALBERT EINSTEIN MEDICAL CENTER; ET AL.,<br>　　　　　Defendants. | CIVIL ACTION<br><br>NO. 08-05689 |

## Order

**AND NOW** on this 12th day of August 2009, upon consideration of defendants' motions to dismiss (Doc. Nos. 72, 73, 75-82), plaintiffs' response thereto, and the reply from defendant Stump, **IT IS HEREBY ORDERED** that:

1. Defendants' motions to dismiss plaintiffs' amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) are **DENIED**;

2. Defendants' motions to dismiss plaintiffs' amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) are **GRANTED** as to plaintiffs' claims of violations of civil rights and plaintiffs' claims under the Emergency Medical Transfer and Active Labor Act ("EMTALA"), 42 U.S.C. § 1395dd (2006), and these claims are **DISMISSED** with prejudice;

3. Pursuant to 28 U.S.C. § 1367(c)(3), the court will decline to exercise supplemental jurisdiction over plaintiffs' remaining claims for state law medical and legal malpractice and fraud, and these claims are **DISMISSED** without prejudice to the right of plaintiffs to proceed in an appropriate state court on these

state law claims; and

4. Defendants' remaining motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(5) and Pennsylvania Rule of Civil Procedure 1042.3 and defendants' motions for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e) are **DISMISSED** as moot.

    /s/ William H. Yohn Jr., Judge
    William H. Yohn Jr., Judge