IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICIA SMITH ADMINISTRATRIX OF THE ESTATE OF MARTHA E. SMITH, DECEASED AND PATRICIA SMITH | : CIVIL ACTION |
| MARY J. SCOTT | : |
| vs. | : |
| ALBERT EINSTEIN MEDICAL CENTER, ET AL. | : NO. 08cv5689 |

O R D E R

**AND NOW**, this 9th day of September, 2009, upon consideration of Plaintiffs' Motion for Reconsideration (Document No. 91) and defendants' response thereto and the court finding that none of the allegations of the motion, to the extent that the court is able to understand them, are matters that were not raised and considered in connection with the motions to dismiss, and none of the averments allege an intervening change in the controlling law, evidence that was not previously available becoming available, or the necessity to correct a clear error of law or prevent manifest injustice, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge