PS5-112

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-3463

_____

PATRICIA SMITH, ADMINISTRATRIX OF THE ESTATE OF
MARTHA E. SMITH, DECEASED, AND PATRICIA SMITH;
MARY J. SCOTT,

Appellants

v.

ALBERT EINSTEIN MEDICAL CENTER;
BETH DUFFY; DR. ROBERT WEISBERG; DR. STEVEN LEWIS;
DR. JERRY COHEN; PATRICIA MAISANO, R.N. OF IKOR, INC.;
DR. KEVIN HAILS; DR. ROBERT W. SOLIT;
ATTORNEY PATRICIA Q. IMBESI; ATTORNEY ANNE MAXWELL;
ROBERT STUMP; DR. MICHAEL MILLENSON;
DR. MOSHE CHASKY; DR. ROGER KYLE;
SAINT AGNES CONTINUING CARE CENTER; SUSAN MAZZACANO, R.N.;
RICHARD K. HELLER, R.N.; FOX CHASE CANCER CENTER;
VITAS HEALTHCARE CORPORATION ATLANTIC

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(E.D. Pa. Civil No. 08-cv-05689)
District Judge:  Honorable William H. Yohn

_____

Submitted Pursuant to Third Circuit LAR 34.1
April 27, 2010

Before:  SMITH, FISHER AND GARTH, Circuit Judges.

_____

**JUDGMENT**

_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1 on April 27, 2010.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered August 13, 2009, is hereby affirmed.  Costs taxed against the Appellants.  All of the above in accordance with the opinion of this Court.


ATTEST:


/s/Patricia Dodszuweit
Chief Deputy Clerk


DATED: April 28, 2010

**Costs taxed in favor of Appellee St. Agnes Continuing Care Center as follows:**

**Total Costs for Brief .......... $67.45**


Certified as a true copy and issued in lieu of a formal mandate on  May 25, 2010

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2